**Dismissed and Memorandum Opinion filed September 27, 2011.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-10-01078-CV

_____

**TARIQ CHOWDHURY, Appellant**

**V.**

**BECKFORD PLACE HOMEOWNER'S ASSOCIATION, Appellee**

---

**On Appeal from the 270th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-36306**

---

## MEMORANDUM   OPINION

This is an appeal from a summary judgment signed October 8, 2010.   The appeal was abated for a determination as to appellant's indigence.   On March 8, 2011, this court ruled that appellant was deemed indigent for appeal and entitled to preparation of the record without advance payment of costs.   *See* Tex. R. App. P. 20.1.

A complete clerk's record was filed April 15, 2011, and the appeal was reinstated. The official court reporter advised this court that no reporter's record was taken in this

case.   Accordingly, appellant's brief was due May 14, 2011.   *See* Tex. R. App. P. 38.6(a).
Appellant did not file a brief or a motion for extension of time to file his brief.   On June 2, 2011, this court issued an order stating that unless appellant filed a brief and a motion reasonably explaining why the brief was late on or before June 20, 2011, the court would dismiss the appeal for want of prosecution.   *See* Tex. R. App. P. 42.3(b).   Appellant requested and was granted an extension of time to file his brief until July 21, 2011.   No brief was filed.

On August 11, 2011, this court again issued an order stating that unless appellant filed a brief, together with a motion reasonably explaining why the brief was late, on or before September 12, 2011, the court would dismiss the appeal for want of prosecution.
*See* Tex. R. App. P. 42.3(b).   Appellant has not filed a brief or any other response to the court's order.

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Chief Justice Hedges and Justices Anderson and Christopher.